# United States District Court
for
## Middle District of Tennessee

### Petition to Modify the Condition or Term of Supervision
*(Probation Form 49 Waiver of Hearing on the Modification is attached)*

Name of Offender: Gary Lamont Odom    Case Number: 3:91-00177 and 3:92-00003

Name of Judicial Officer: Honorable Thomas A. Wiseman, Jr., Senior U. S. District Judge

Date of Original Sentence: June 8, 1992

Original Offense: 21 U.S.C. § 846, Conspiracy to Possesses w/i to Distribute Cocaine; 18 U.S.C.§ U.S.C.§ 924©, Possession of a Firearm During a Drug Trafficking Offense; 18 U.S.C.§ 922(g), Possession of a Firearm by a Convicted Felon

Original Sentence: 284 months' custody; 5 years' supervised release

Type of Supervision: Supervised Release    Date Supervision Commence: July 3, 2012

Assistant U.S. Attorney: Van Vincent    Defense Attorney: Michael V. Thompson

## PETITIONING THE COURT

■ To modify the release conditions as follows:

**The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment/placement of probation and at least two periodic drug tests thereafter, not to exceed eight tests per month, as directed by the Probation Officer.**

*(Modification of conditions continue on page three)*

THE COURT ORDERS:
- ☐ No Action
- ☐ The extension of supervision as noted above.
- ☒ The modification(s) as noted above.
- ☒ Other – and as further noted on top of page 3,

Considered this 11th day of December, 2012, and made a part of the records in the above case.

_____
Senior U. S. District Judge
Thomas A. Wiseman, Jr.

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
U.S. Probation Officer
Kenneth Parham

Place    Nashville, Tennessee

Date    December 7, 2012

**ALLEGED VIOLATIONS**

The probation officer believes that the offender has violated the following condition(s) of supervision:

<u>Violation No.</u>  <u>Nature of Noncompliance</u>

1         **<u>The defendant shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance.</u>**

          On October 29, 2012, Mr. Odom submitted a urine screen that tested positive for marijuana and PCP.

__Other__

**The defendant shall participate in an outpatient substance abuse treatment and counseling program that includes urinalysis, breath, and/or sweat patch testing, as directed by the Probation Officer. The defendant shall abstain from using illicit drugs and alcohol, and abusing prescription medications during the period of supervision. The subsistence fee shall be waived.**

### Compliance with Supervision Conditions and Prior Interventions:

Mr. Odom began is 5 year term of supervised release on July 3, 2012, in the Central District of California. Other than the current violation, there is no other evidence that Mr. Odom is not complying with his conditions of supervision. .

### U.S. Probation Officer Recommendation:

It is recommended that the offender's supervised release conditions be modified as indicated. Attached is the Prob 49 Waiver of Hearing to Modify Conditions.

The U. S. Attorney's Office has been notified of this modification request.

Approved: _____
Vidette Putman
Supervisory U.S. Probation Officer

PROB 49
(3/89)

# United States District Court

Middle District of Tennessee

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment/placement of probation and at least two periodic drug tests thereafter, not to exceed eight tests per month, as directed by the Probation Officer.

The defendant shall participate in an outpatient substance abuse treatment and counseling program that includes urinalysis, breath, and/or sweat patch testing, as directed by the Probation Officer. The defendant shall abstain from using illicit drugs and alcohol, and abusing prescription medications during the period of supervision. The subsistence fee shall be waived.

Witness _____  Signed _____
        (U.S. Probation Officer)           (Probationer or Supervised Releasee)

                    10/30/12
                    (Date)